

NEW YORK:
45 Broadway, 19th Floor
New York, NY 10006

T 212.221.6900
F 212.221.6989
Mccarthy.D@wssllp.com

July 12, 2012

**VIA ECF**
The Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Matter:  Government Employees Insurance Company, Geico Indemnity, et. al. v. Jonathan Kogen, Ph.D., LMK Psychological, P.C., et. al. v. Michael H. Rosenfeld, Ph.D., Empire Stat Group, LLC, et. al.
Case No.:  12-cv-01068 (FB) (VVP)
Our File No.:  03008.12841

Dear Judge Block:

    This office was recently retained to represent the Defendant Empire Stat Med Review, P.C. ("Empire Med"), in addition to Empire Stat Group, LLC. ("Empire LLC"), (collectively referred to as "the Empire Defendants"). In light of our recent appointment as counsel, as well as the recently amended pleadings, we write to request an extension of time in which to submit a response on behalf of Empire Med to the Answer and Counterclaims, or in the alternative, the Amended Answer and Amended Counterclaims.

    The Empire Defendants were purportedly served via the Secretary of State with the Original Answer and Counterclaim on June 4, 2012. Pursuant to F.R.C.P. 12(a), the time to respond expired on June 25, 2012. We were retained as counsel for Empire LLC shortly after. We requested via letter to the Court an extension of time to respond on behalf of Empire LLC through and including July 30, 2012. Our request for an extension to respond on behalf of Empire LLC was granted on July 11, 2012. We write now to request the same extension for Empire Med. Since our assignment this morning we attempted to contact Mr. Mereyson, but were unable to reach him. Accordingly we submit this request without his consent.

    The Empire Defendants are currently in the process of conducting an investigation into these allegations. In the interim, given our recent assignment as counsel on behalf of Empire Med, we request an extension to respond on behalf Empire Med through and including July 30, 2012.

www.WSSLLP.com

NEW JERSEY:
2500 Plaza 5
Harborside Financial Center
Jersey City, NJ 07311
T 201.633.3630

CONNECTICUT:
177 Broad Street
5th Floor
Stamford, CT 06901
T 203.328.1200

FLORIDA:
20801 Biscayne Boulevard
4th Floor
Miami, FL 33180
T 786.923.5911

CALIFORNIA:
1801 Century Park East
Suite 2400
Los Angeles, CA 90067
T 310.836.4800

The Hon. Frederic Block
July 12, 2012
Page 2 of 2

      Thank you for your time and consideration.  Please do not hesitate to contact the undersigned with any questions.

                Very truly yours,

                Dianna D. McCarthy

CC:    (VIA ECF)

    Richard D. King
    Jacquelyn McEttrick
    Michael W. Whitcher
    Nathan A. Tilden
    Smith & Brink, P.C.
    1325 Franklin Avenue
    Suite 320
    Garden City, NY 11530
    617-770-2214
    Fax: 617-657-6070

    Craig Meyerson
    Law Office of Craig Meyerson
    17 British American Boulevard
    Latham, NY 12110
    518-785-7440
    Fax: 518-786-6446

Winget | Spadafora | Schwartzberg | LLP