UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, AND GEICOCASUALTY INSURANCE COMPANY | ORDER TO SHOW CAUSE Civil Case No.: 12cv1068 FB/VVP |

                     Plaintiffs,

   -against-

JONATHAN B. KOGEN, Ph.D.,
LMK PSYCHOLOGICAL SERVICES, P.C.,
VALLEY PSYCHOLOGICAL, P.C., and
ANDREW BLUMENTHAL

                     Defendants,
and

MICHAEL H. ROSENFELD, Ph.D.,
FRANKLIN A. PORTER, Ph.D.
ADVANCED PSYCHOLOGICAL EVALUATIONS, P.C.,
SCS SUPPORT CLAIMS SERVICES, INC.,
EMPIRE STAT MED REVIEW, P.C. and
EMPIRE STAT GROUP, LLC,

                     Counterclaim Defendants.
_____

      Upon reading and filing the Declaration of Craig Meyerson, Esq. on behalf of the Defendants Jonathan B. Kogen, Ph.D., LMK Psychological Services, P.C., and Valley Psychological, P.C. (hereinafter collectively known as "Defendants") dated August 20, 2012, the exhibits annexed thereto and the accompanying Memorandum of Law in support, and upon the papers and proceedings had heretofore had herein,

      Let Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Insurance Company show cause before the Hon. Magistrate Judge Vera M. Scanlon by filing and service upon all parties to this

action of papers in opposition on or before August 27, 2012 via Electronic Case Filing system, and papers in response to said opposition, if any, filed and served on or before August 29, 2012 via Electronic Case Filing system, and upon appearance before the Court of the parties if so directed by the Court thereafter, why an Order should not be entered pursuant to Fed. R. Civ. P. Rules 26 and 45 quashing subpoenas dated July 27, 2012, with date of compliance August 27, 2012, issued by said Plaintiffs directed to HSBC Bank, USA, JP Morgan Chase Bank, N.A. and Bank of America, N.A. (hereinafter collectively known as "Banks"); and sufficient cause appearing therefore, it is

    ORDERED, that pending hearing and determination of this motion, said subpoenas are stayed from enforcement and the Banks are not required to appear or produce and permit inspection and copying as commanded by the subpoenas; and it is further

    ORDERED, that service of a copy of this Order and the papers upon which it is granted upon the parties to this action via Electronic Case Filing by the Court, and upon the Banks by the Defendants via Overnight Delivery Service on or before August _____ , 2012 be good and sufficient service.

Dated:  August _____, 2012

                                              ENTER,

                                          _____

                                          VERA M. SCANLON, U.S.M.J.