**LAW OFFICE OF**
**CRAIG MEYERSON**
*ATTORNEY AND COUNSELOR AT LAW*
AIRPORT PARK · 17 BRITISH AMERICAN BOULEVARD
LATHAM, NEW YORK 12110

TEL: 518-785-7440 · FAX: 518-786-6446
E-MAIL: craigmeyerson@yahoo.com

January 2, 2013

**VIA ELECTRONIC FILING**

Honorable Vera M. Scanlon
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Government Employees Insurance Co., et al. v. Jonathan B. Kogen, Ph.D., et al.*
             Case No.: 0:12-CV-01068-FB-VMS

Dear Judge Scanlon:

    My office represents the defendants Dr. Jonathan Kogen, Andrew Blumenthal, LMK Psychological Services, P.C. ("LMK") and Valley Psychological, P.C. ("Valley"). Defendants submit this letter as an objection to Mr. King's letter dated December 29, 2012 (Doc. 73). Doc. 73 is an unauthorized reply to defendants' response (Doc 72) to Mr. King's letter dated December 26, 2012 (Doc. 71). Doc. 71 notifies the Court of what Mr. King deems to be discovery disputes. Pursuant to Local Rule 37.3(c) the notification (Doc. 71) and response thereto (Doc. 72) are authorized. Otherwise, "papers shall not be submitted with respect to a dispute governed by this rule unless the Court has so directed." Accordingly, Doc. 73 is not authorized and should not be considered.

    If however the Court overrules defendants' objection and considers Doc. 73, defendants request an opportunity to submit a written response thereto.

    Thank you.

                                                 Respectfully submitted,

                                                 Craig Meyerson

CAM/cm