

**JACQUELYN MCETTRICK**
*Admitted in Massachusetts,*
*Massachusetts Federal Court,*
*Connecticut Federal Court and*
*Eastern District of Michigan Federal Court*
JMCETTRICK@SMITHBRINK.COM

# SMITH & BRINK, P.C.
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.SMITHBRINK.COM

**BRAINTREE**
**350 GRANITE STREET**
**SUITE 2303**
**BRAINTREE, MA 02184**
TEL: (617) 770-2214
FAX: (617) 774-1714

January 3, 2013

**VIA CM/ECF AND**
**FIRST CLASS MAIL**
The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Government Employees Insurance Company, et al. v. Kogen, Ph.D., et al.*
      United States District Court, Eastern District of New York
      C.A. No. 1:12-cv-01068-FB-VMS
      **Our File No. 1263-0002**

Dear Judge Scanlon:

The undersigned represents plaintiffs Government Employees Insurance Company, et al., in the above-referenced case. A Discovery Conference has been scheduled for January 30, 2013 at 9:30 am. Opposing counsel has agreed to re-schedule this conference for later in the day. After consultation with Chambers and opposing counsel, we propose that the Discovery Conference be held on **January 30, 2013 at 11:00 am**.

Thank you for your attention to the foregoing. If you have any questions or concerns, please do not hesitate to contact the undersigned.

Very Truly Yours,

Jacquelyn A. McEttrick

JAM/jam

---