October 9, 2013

**VIA CM/ECF AND FIRST-CLASS U.S. MAIL**
The Honorable Vera M. Scanlon
United States District Court – Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Government Employees Ins. Co., et al. v. Kogen, et al.*, 12-CV-1068-PKC-VMS
      United States District Court – Eastern District of New York

Dear Judge Scanlon:

The within status letter is jointly submitted by counsel for plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Insurance Company (collectively, "GEICO") and counsel for defendants Jonathan B. Kogen, Ph.D., LMK Psychological Services, P.C., Valley Psychological, P.C., and Andrew Blumenthal (collectively, "defendants") in compliance with Your Honor's September 25, 2013 Order that the parties update the Court as to the status of their settlement discussions.

At this time, the parties have agreed to a settlement in principle and respectfully request a two-week extension of Your Honor's deadline to finalize written documents.

Thank you for your attention to the foregoing.  Please do not hesitate to contact the undersigned with any questions or concerns.


Respectfully submitted,

| | |
|---|---|
| *Government Employees Ins. Co.,* | *Jonathan B. Kogen, Ph.D.,* |
| *GEICO Indemnity Company,* | *LMK Psychological Services, P.C.,* |
| *GEICO General Ins. Co., and* | *Valley Psychological, P.C., and* |
| *GEICO Casualty Ins. Co.,* | *Andrew Blumenthal,* |
| By their Attorney, | By their Attorney, |
| */s/ Richard D. King, Jr.* | */s/ Craig Meyerson* |
| Richard D. King, Jr. | Craig Meyerson |